IRVING MEYER, ESQ. (SBN 109619)
225 Santa Monica Boulevard, Suite 700
Santa Monica, CA 90401
Telephone: (213) 200-8503
Facsimile: (310) 860-0771
irvnosh@cs.com

*Attorney for Respondent, Roger Pickett*

JONATHAN M. TURNER (SBN 102579)
jmt@msk.com
ERICA C. PARKS (SBN 273893)
ecp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorneys for Petitioners*
NBCUniversal Media, LLC,
Universal City Studios, LLC, and
Mark Higginbotham

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

FIRST STREET FEDERAL COURTHOUSE

| | |
|---|---|
| NBCUNIVERSAL MEDIA, LLC, UNIVERSAL CITY STUDIOS, LLC, AND MARK HIGGINBOTHAM,<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>ROGER PICKETT, an individual<br><br>Defendant/Respondent. | CASE NO.: 2:17-cv-1404<br><br>Judge: Hon. John A. Kronstadt<br><br>**JOINT STATUS REPORT**<br><br>Loc:    Courtroom 10B |

Pursuant to the Court's Order Re: Further Status Report, dated June 7, 2018, Petitioners NBCUniversal Media, LLC, Universal City Studios, LLC, and Mark Higginbotham ("Petitioners") and Respondent Roger Pickett ("Respondent") hereby submit the following joint status report:

1. To date, Respondent has not commenced arbitration of his claims filed in the Los Angeles Superior Court on October 28, 2016, *Pickett v. Universal City Studios, LLC, et. al*, Case No. BC638593.

2. On July 27, 2017, Respondent filed A Notice of Appeal with the United States Court of Appeals for the Ninth Circuit, thereby commencing Appellate Case No. 17-56077.

3. On November 30, 2017, the Parties participated in a Circuit Mediation with Mediator Kay Suk but were unable to resolve the matter;

4. The parties completed briefing in the Appellate Case on March 22, 2018.

5. On September 23, 2018, the Ninth Circuit set oral argument in the Appellate Case for December 7, 2018.

DATED:  October 2, 2018         IRVING MEYER, ESQ.

By: */s/ Irving Meyer*
    Irving Meyer
    *Attorney for Respondent*
    Roger Pickett

DATED: October 2, 2018          JONATHAN M. TURNER
ERICA C. PARKS
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Erica C. Parks*
    Erica C. Parks
    *Attorneys for Petitioners*
    NBCUniversal Media, LLC,
    Universal City Studios, LLC, and
    Mark Higginbotham

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

DATED: October 2, 2018

JONATHAN M. TURNER
ERICA C. PARKS
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Erica C. Parks*
    Erica C. Parks

*Attorneys for Petitioners*
NBCUniversal Media, LLC,
Universal City Studios, LLC, and Mark Higginbotham